Daniel J. Herling (SBN 103711)
Edward H. Davis (SBN 88210)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:    djherling@duanemorris.com
           ehdavis@duanemorris.com

Attorneys for Plaintiffs
EDDY DOMINGUEZ, NEWTON BUI, TAN
NGUYEN and LICINO VALINO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EDDY DOMINGUEZ, NEWTON BUI, TAN NGUYEN and LICINO VALINO,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW CORPORATION,<br><br>Defendant. | Case No.  C 07-04679 CW<br><br>**DECLARATION OF EDWARD H. DAVIS IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION AND WRIT OF ATTACHMENT**<br><br>Dept:              2, 4th Floor<br>Judge:             Claudia Wilken<br>Complaint Filed:   September 11, 2007 |

I, Edward H. Davis, hereby declare as follows:

1.     I am an attorney, in the law firm of Duane Morris LLP, counsel for the plaintiffs Eddy Dominguez, Newton Bui, Tan Nguyen and Licino Valino (collectively "Plaintiffs"). I submit this Declaration in connection with Plaintiffs' *ex parte* motion for a temporary restraining order and writ of attachment in this case (the "Motions") and in support of the notice requirements concerning temporary restraining orders, as embodied in Federal Civil Procedure Rule 65, and Northern District Local Rules 65-1 and 7-10. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, could and would testify competently thereto.

1

2. On September 12, 2007, our firm electronically filed all of the pleadings in support of the aforementioned Motions.

3. At the time we filed the original complaint and now, we have not been officially notified with respect to who counsel for the defendants will be. Accordingly, we have served copies of the filed complaint and by separate service copies of the filed temporary restraining order and writ of attachment, together with all supporting documentation to the designated agent for service of process of Andrew Corporation. We have also delivered copies of all of the said pleadings to the parties to be notified as specified in the Stock Purchase Agreement. The party to be notified for legal matters per the Stock Purchase Agreement is Sonnenschein Nath and Rosenthal, LLP, located at 525 Market Street, 26th floor, San Francisco, CA 94105-2708.

4. Accordingly, Andrew suffered its worst quarter (FV Q3 2007 ending June 2007) in Andrew's history. I conducted research over the internet with respect to public information regarding Andrew Corporation's fiscal year 2007 third quarter financial information, and have attached a press release (source Andrew Corporation), together with the published financial results as part of the press release. There is a second article attached, also researched via the internet with information concerning the possible renegotiation of the terms of the proposed $2.8 billion acquisition of Andrew Corporation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Dated this 12th day of September, 2007, at San Francisco, California.

                                                   /s/ Edward H. Davis
                                               Edward H. Davis