Daniel J. Herling (SBN 103711)
Edward H. Davis (SBN 88210)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:   djherling@duanemorris.com
          ehdavis@duanemorris.com

Attorneys for Plaintiffs
EDDY DOMINGUEZ, NEWTON BUI, TAN
NGUYEN and LICINO VALINO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EDDY DOMINGUEZ, NEWTON BUI, TAN NGUYEN and LICINO VALINO.<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW CORPORATION,<br><br>Defendant. | Case No.: C 07-04679 CW<br><br>**DECLARATION OF EDDY DOMINGUEZ IN SUPPORT OF EX PARTE APPLICATION FOR RIGHT TO ATTACH ORDER**<br><br>Dept:              2, 4th Floor<br>Judge:             Claudia Wilken<br>Complaint Filed:   September 11, 2007 |

I, Eddy Dominguez, declare:

1. I am a plaintiff in this matter. I am a resident of the State of California over the age of 18 years. I am aware of the following facts of my own personal knowledge. If called as a witness, I could and would competently testify to the facts contained in this declaration of my own personal knowledge.

2. I was a shareholder in Cell Site Industries, Inc. ("CSI") and was also the seller's agent and the seller's signatory to the Stock Purchase Agreement ("SPA") between Andrew Corporation and CSI. As such, I was involved in the negotiations of the SPA and am aware of its terms and conditions.

///

3. I am currently the Business Unit Manager for ACMC, the Andrew formed business unit comprised of CSI former personnel.

4. The SPA contains certain funding obligations of Andrew. Section 2(e) was entitled Escrow Fund, section 2(h) was entitled Retention Payment, and section 2(i) was entitled Stout Payment. Andrew has breached each of these funding obligations by either failing to pay the full amount due or not making payments that are owed. Attached and incorporated and marked as Exhibit 1 to my declaration is a full and complete spreadsheet that sets forth what is owed. The total amount currently owed by Andrew is $1,120,000. This figure is based upon the underpayment of the escrow fund wherein currently $720,000 is due; failing to pay the retention bonus for the last three quarters in the amount of $250,000; and failing to make the deferred software payments which are due in the amount of $150,000. On August 21, 2007, I directed an e-mail communication to Mr. Jim Laporte, an Andrew business unit CFO, setting forth the schedule of overdue payments. On August 21, 2007, Mr. Laporte responded by indicating the he would "jump on it" after he returned from Europe. To date, there has been no response from Andrew Corporation since the August 21, 2007 e-mail from Mr. Laporte. Attached and incorporated and marked as Exhibit 1 are true and correct copies of the e-mail communications as well as the enclosed spreadsheet.

5. In my position as Business Unit Manager of ACMC, I have been directed by Andrew Management to focus all of ACMC's efforts on maximizing fourth quarter fiscal year 2007 revenues (fiscal year ending September 2007) at the expense of future revenues in an attempt to reverse the worst quarter (fiscal year third quarter 2007 ending June 2007) in Andrew's history in order to ensure that the CommScope, Inc.'s acquisition is consummated. I am concerned that should this acquisition of CommScope, Inc., become finalized, Andrew will take any and all efforts to avoid being responsible to satisfy its outstanding obligations not only to me but also to the other plaintiffs.

///
///
///
///

2

DECLARATION OF EDDY DOMINGUEZ IN SUPPORT OF EX PARTE APPLICATION    CASE NO. C 07-04679 CW
DM1\1189271.1

6. I am therefore requesting that this court issue an attachment order in a bond in the amount of $1,120,000 to be deposited with the court. This will protect the plaintiffs and not result in any undue harm to Andrew.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Dated this 12 day of September 2007.

EDDY DOMINGUEZ