Exhibit 1 To Dominguez Decl. In Support Of
Ex Parte Application For Right To Attach Order

David Stout payment deferred to original share holders ( page 12 SPA)  |  $150,000
Stout left on December 9, 2006- should have been paid no later than Jan 9, 2007

% for each share holder
| | |
|---|---|
| Newton Bui | 0.316656111 |
| Eddy Dominguez | 0.316656111 |
| Tan Nguyen | 0.316656111 |
| Licinio Valino | 0.050031666 |

---

3 yr retention monies to be paid out quarterly per SPA ( Page 11 SPA)  |  $1,000,000
Payment schedule:

**(May-July 06) Pay August 06**
| | |
|---|---|
| Newton Bui | $26,388.01 |
| Eddy Dominguez | $26,388.01 |
| Tan Nguyen | $26,388.01 |
| Licinio Valino | $4,169.31 |

(August 06-October 06) Pay November 06
| | |
|---|---|
| Newton Bui | $26,388.01 |
| Eddy Dominguez | $26,388.01 |
| Tan Nguyen | $26,388.01 |
| Licinio Valino | $4,169.31 |

(November 06-January 07) Pay February 07
| | |
|---|---|
| Newton Bui | $26,388.01 |
| Eddy Dominguez | $26,388.01 |
| Tan Nguyen | $26,388.01 |
| Licinio Valino | $4,169.31 |

(February 07-April 07) Pay May 07
| | |
|---|---|
| Newton Bui | $26,388.01 |
| Eddy Dominguez | $26,388.01 |
| Tan Nguyen | $26,388.01 |
| Licinio Valino | $4,169.31 |

**(May 07-July 07) Pay August 07**
| | |
|---|---|
| Newton Bui | $26,388.01 |
| Eddy Dominguez | $26,388.01 |
| Tan Nguyen | $26,388.01 |
| Licinio Valino | $4,169.31 |

(August 07-October 07) Pay November 07
| | |
|---|---|
| Newton Bui | $26,388.01 |
| Eddy Dominguez | $26,388.01 |
| Tan Nguyen | $26,388.01 |
| Licinio Valino | $4,169.31 |

(November 07-January 08) Pay February 08
| | |
|---|---|
| Newton Bui | $26,388.01 |
| Eddy Dominguez | $26,388.01 |
| Tan Nguyen | $26,388.01 |
| Licinio Valino | $4,169.31 |

(February 08-April 08) Pay May 08
| | |
|---|---|
| Newton Bui | $26,388.01 |
| Eddy Dominguez | $26,388.01 |

|  |  |
|---|---|
| Tan Nguyen | $26,388.01 |
| Licinio Valino | $4,169.31 |
| **(May 08-July 08) Pay August 08** | |
| Newton Bui | $26,388.01 |
| Eddy Dominguez | $26,388.01 |
| Tan Nguyen | $26,388.01 |
| Licinio Valino | $4,169.31 |
| (August 08-October 08) Pay November 08 | |
| Newton Bui | $26,388.01 |
| Eddy Dominguez | $26,388.01 |
| Tan Nguyen | $26,388.01 |
| Licinio Valino | $4,169.31 |
| (November 08-January 09) Pay February 09 | |
| Newton Bui | $26,388.01 |
| Eddy Dominguez | $26,388.01 |
| Tan Nguyen | $26,388.01 |
| Licinio Valino | $4,169.31 |
| (February 09-April 09) Pay May 09 | |
| Newton Bui | $26,388.01 |
| Eddy Dominguez | $26,388.01 |
| Tan Nguyen | $26,388.01 |
| Licinio Valino | $4,169.31 |
|  | $1,000,000.00 |

| Amount owed past due | Number of Shares |
|---|---|
| $47,498 | 5000 |
| $47,498 | 5000 |
| $47,498 | 5000 |
| $7,505 | 790 |
| | 15790 |

status

Paid Late
Paid Late
Paid Late
Paid Late

Paid Late
Paid Late
Paid Late
Paid Late

Past Due- not paid
Past Due- not paid
Past Due- not paid
Past Due- not paid

Past Due- not paid
Past Due- not paid
Past Due- not paid
Past Due- not paid

Past Due- not paid
Past Due- not paid
Past Due- not paid
Past Due- not paid

**Davis, Edward H.**

| | |
|---|---|
| **From:** | Dominguez, Eddy [Eddy.Dominguez@andrew.com] |
| **Sent:** | Wednesday, September 05, 2007 2:01 PM |
| **To:** | Davis, Edward H. |
| **Subject:** | FW: Overdue Pyments to CSI Shareholders |

---

From: Dominguez, Eddy
Sent: Tue 8/21/2007 1:51 PM
To: LePorte, Jim; Brown, Gary; DeFelice, Richard
Subject: RE: Overdue Pyments to CSI Shareholders


Thank you for your help.

Sincerely,
Eddy

-----Original Message-----
From: LePorte, Jim
Sent: Tuesday, August 21, 2007 11:42 AM
To: Dominguez, Eddy; Brown, Gary; LePorte, Jim; DeFelice, Richard
Subject: Re: Overdue Pyments to CSI Shareholders

Fair enough. I will jump on it. I am in europe today and tomorrow.
Give me a couple of days.
Jim


------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Dominguez, Eddy
To: LePorte, Jim
Cc: Goetting, Mike; Miller, Mickey; Hall, Doug; DeFelice, Richard; Carone, Debby; Wynn, Vonn CN
Sent: Tue Aug 21 13:27:18 2007
Subject: Overdue Pyments to CSI Shareholders

Jim,


I am writing in my capacity as seller's agent to notify you that we have not received payments for 3
quarters of Retention and the Stout Payment as agreed per the SPA and SPA closing issues
discussions with Richard DeFelice in his capacity as buyer's representative.

Attached, please find a spreadsheet detailing the dates when Andrew's commitments are due. These have never been on time in the past.

The total past due: $400,000

I understand that everyone is otherwise occupied with the CommScope acquisition; however some of these payments are 7 to 8 months overdue.

Your help with the resolution of this matter will be greatly appreciated.

Best Regards,

Eddy Dominguez

408.476.9963 Cell

----------------------------------------------------------------------------------
This message is for the designated recipient only and may
contain privileged, proprietary, or otherwise private information.
If you have received it in error, please notify the sender
immediately and delete the original.  Any unauthorized use of
this email is prohibited.
----------------------------------------------------------------------------------
[mf2]