**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDY DOMINGUEZ | NO. CV 07-04679 CW |
|       Plaintiff,<br>v. | **CLERK'S NOTICE RE DEFICIENCY** |
| ANDREW CORPORATION | |
|       Defendant.          / | |

Please be advised that on **9/12/07**, **Notice of ex parte application for right to attach order (docket #3),** the incorrect docket event was used by counsel.

The correct event code is: MOTION. Re-posting is required to correct this CM/ECF entry. This correction must be completed no later than 24 hours from receipt of the notification.

If you have any question please contact the assigned Case Systems Administrator

Thank you for your cooperation in this matter.

Date: 9/13/07

Clara Pierce
510-637-3535
Case Systems Administrator