# Affidavit of Process Server

| Eddy Dominguez, et al. | vs | Andrew Corp. | C 07-4679 CW |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I __BARRY A SAVAGE SR__ declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Andrew Corp.__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ Summons, Complaint, Memorandum of Points and Authorities in Support of Ex Parte Application, Declaration of Edward H. Davis in Support of Ex Parte Motion and Declaration of Eddy Dominguez in Support of Ex Parte Application

by serving (NAME) X __(illegible signature)__

at ☐ Home _____
☐ Business __3 West Brook Corp  Westchester__
☐ on (DATE) __9-20-07__ at (TIME) __11:12 AM__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☒ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address    ☐ Evading    ☐ Other: _____
☐ Address Does Not Exist    ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding    ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) _____, ( ) _____, ( ) _____
DATE TIME    DATE TIME    DATE TIME
( ) _____, ( ) _____, ( ) _____
DATE TIME    DATE TIME    DATE TIME

**Description:**
☐ Male         ☒ White Skin    ☐ Black Hair    ☐ White Hair    ☐ 14-20 Yrs.    ☐ Under 5'    ☐ Under 100 Lbs.
☒ Female       ☐ Black Skin    ☒ Brown Hair    ☐ Balding       ☒ 21-35 Yrs.    ☐ 5'0"-5'3"    ☐ 100-130 Lbs.
               ☐ Yellow Skin   ☒ Blond Hair                    ☐ 36-50 Yrs.    ☒ 5'4"-5'8"    ☒ 131-160 Lbs.
               ☐ Brown Skin    ☐ Gray Hair     ☐ Mustache      ☐ 51-65 Yrs.    ☐ 5'9"-6'0"    ☐ 161-200 Lbs.
☐ Glasses      ☐ Red Skin      ☐ Red Hair      ☐ Beard         ☐ Over 65 Yrs.  ☐ Over 6'     ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois    County of Cook

SERVED BY __Barry A Savage Sr__
LASALLE PROCESS SERVERS

Subscribed and sworn to before me, a notary public, this __20__ day of __September__, 20__07__

NOTARY PUBLIC __(signature)__

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2007

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

EDDY DOMINGUEZ, NEWTON BUI, TAN NGUYEN and LICINO VALINO

V.

ANDREW CORPORATION

SUMMONS IN A CIVIL CASE

CASE NUMBER: C 07-4679 CW

TO: (Name and address of defendant)

Andrew Corporation, c/o agent Peter D. Giachini, 10500 W. 153rd Street, Orland Park, IL 60462

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel J. Herling
Duane Morris LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94104-1105
T: 415-957-3000

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE SEP 12 2007