1 | Daniel J. Herling (SBN 103711)
2 | Edward H. Davis (SBN 88210)
  | **DUANE MORRIS LLP**
  | One Market, Spear Tower, Suite 2000
3 | San Francisco, CA 94105-1104
  | Telephone: 415.957.3000
4 | Facsimile: 415.957.3001
  | E-Mail:    djherling@duanemorris.com
5 |            ehdavis@duanemorris.com

6 | Attorneys for Plaintiffs
  | EDDY DOMINGUEZ, NEWTON BUI, TAN
7 | NGUYEN and LICINO VALINO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| EDDY DOMINGUEZ, NEWTON BUI, TAN NGUYEN and LICINO VALINO, | Case No.: C 07-04679 CW |
|---|---|
| Plaintiffs, | **NOTICE OF ASSOCIATION OF COUNSEL BY EDDY DOMINGUEZ, NEWTON BUI, TAN NGUYEN AND LICINO VALINO** |
| v. | |
| ANDREW CORPORATION, | Dept:            2, 4th Floor |
| Defendant. | Judge:           Claudia Wilken |
|  | Complaint Filed: September 11, 2007 |

1

NOTICE OF ASSOCIATION OF COUNSEL                                CASE NO. C 07-04679 CW
DM1\1189868.1

**PLEASE TAKE NOTICE:**

Duane Morris LLP, counsel of record for plaintiffs Eddy Dominguez, Newton Bui, Tan Nguyen and Licino Valino, in this action, hereby associates as counsel of record the law firm of Keller & Heckman LLP, 50 California Street, Suite 1500, San Francisco, CA 94111.

Counsel for parties to this action are requested to amend the proof of service to add the following counsel for defendants:

Daniel J. Herling
Keller & Heckman LLP
50 California Street, Suite 1500
San Francisco, California 94111

Dated: September 25, 2007                    DUANE MORRIS LLP

By: _____
Edward H. Davis
Attorneys for Plaintiffs
**EDDY DOMINGUEZ, NEWTON BUI, TAN NGUYEN AND LICINO VALINO**

NOTICE OF ASSOCIATION OF COUNSEL                    CASE NO. C 07-04679 CW
DM1\1189868.1