1  Daniel J. Herling (SBN 103711)
   Keller and Heckman LLP
2  50 California Street, Suite 1500
   San Francisco, CA  94111
3  415.277.5952
   415.277.5954
4
   Attorneys for Plaintiffs
5  EDDY DOMINGUEZ, NEWTON BUI,
   TAN NGUYEN and LICINO VALINO
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | EDDY DOMINGUEZ, NEWTON BUI, TAN NGUYEN and CLICINO VALINO, | Case No. C 07-04679 CW |
|---|---|---|
| 12 | | **NOTICE OF MOTION FOR PRELIMINARY INJUNCTION** |
| 13 | Plaintiffs, | |
| 14 | vs. | Date:  November 29, 2007<br>Time:  2:00 p.m.<br>Dept:  Courtroom 2, 4th Floor |
| 15 | ANDREW CORPORATION, | |
| 16 | Defendant  . | Complaint Filed:  September 11, 2007 |

17      In accordance with this Court's Order issued October 2, 2007, plaintiffs hereby move this Court

18 for a preliminary injunction that prohibits Andrew Corporation from taking any further action that would

19 interfere with the agreed-upon Operating Agreement (also known as the "Operational Plan of Record"),

20 including, but not limited to, terminating the current employment of the plaintiffs due to plaintiffs filing a

21 complaint for, among other causes of action, unjust enrichment and imposition of constructive trust and

22 declaratory and injunctive relief.

23      In accordance with this Court's Order of October 2, 2007, plaintiffs' "Memorandum of Points and

24 Authorities in Support of Ex Parte Application for Temporary Restraining Order on Order to Show Cause

25 Re Preliminary Injunction" was deemed to be the Memorandum of Points and Authorities in Support of

26 Plaintiffs' Motion for a Preliminary Injunction.

27

28

1 | Dated: October 25, 2007

Keller and Heckman LLP

By: /s/ Daniel J. Herling
  Daniel J. Herling

Attorneys for Plaintiffs
EDDY DOMINGUEZ, NEWTON BUI,
TAN NGUYEN and LICINO VALINO

Case No. C 07-04679 CW                         2
NOTICE OF MOTION FOR PRELIMINARY INJUNCTION