IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDY DOMINGUEZ, NEWTON BUI,<br>TAN NGUYEN and CLICINO VALINO,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREW CORPORATION,<br><br>Defendant   . | Case No. C 07-04679 CW<br><br>**[PROPOSED] ORDER RE GRANTING OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:   November 29, 2007<br>Time:   2:00 p.m.<br>Dept:   Courtroom 2, 4th Floor<br><br>Complaint Filed:  September 11, 2007 |

Now, before the Court, is the motion of plaintiffs for preliminary injunction.  Having carefully reviewed the parties' papers and considered their arguments and the relevant legal authority, the Court hereby grants plaintiffs' Motion for Preliminary Injunction that prohibits Andrew Corporation from taking any further action that would interfere with the agreed-upon Operating Agreement (also known as the "Operational Plan of Record'), including, but not limited to, terminating the plaintiffs from their employment or reassigning of the plaintiffs due to plaintiffs filing a complaint for, among other causes of action, unjust enrichment and imposition of constructive trust and declaratory and injunctive relief.

IT IS SO ORDERED:

Dated: _____, 2007

_____

Hon. Claudia Wilken