IVOR SAMSON (SBN 052767)
isamson@sonnenschein.com
MARY KAY LACEY (SBN 142812)
mlacey@sonnenschein.com
HILLARY NOLL KALAY (SBN 233173)
hkalay@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendant
ANDREW CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| EDDY DOMINGUEZ, NEWTON BUI, TAN NGUYEN, and LICINO VALINO,<br><br>Plaintiffs.<br><br>v.<br><br>ANDREW CORPORATION,<br><br>Defendant. | Case No. C 07-04679 CW<br><br>**DECLARATION OF MARY KAY LACEY IN SUPPORT OF ANDREW CORP.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT IN FAVOR OF ARBITRATION**<br><br>Date: November 29, 2007<br>Time: 2:00 p.m.<br>Courtroom: 2, Fourth Floor<br>Honorable Claudia Wilken |

**DECL. OF LACEY ISO ANDREW'S MOTION TO DISMISS IN FAVOR OF ARBITRATION**

I, Mary Kay Lacey, declare as follows:

1. I am an attorney duly licensed to practice law in California, and I am a partner at the law firm of Sonnenschein Nath & Rosenthal, counsel for Andrew Corporation in the above-captioned matter. All facts set forth in this declaration are based upon my personal knowledge, and if called upon to testify as to the truth of those facts, I could and would competently do so.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Stock Purchase Agreement, entered into between Andrew Corporation, CellSite Industries, Inc., Eddy Dominguez, as the Seller's Agent, and Sellers Eddy Dominguez, Newton Bui, Tan Nguyen and Licino Valino, on April 24, 2006.

3. Plaintiffs sought injunctive relief against Andrew in a Motion For Temporary Restraining Order, filed by Plaintiffs on September 12, 2007. Plaintiffs and Andrew agreed to stay the temporary restraining order pending efforts to settle the above-captioned matter. As a result of this agreement to stay, Andrew did not have an opportunity to respond to the temporary restraining order prior to the Court's denial of Plaintiffs' Motion on October 2, 2007. Plaintiffs' Motion for Preliminary Injunction, also included in Plaintiffs' Motion For Temporary Restraining Order, was denied by the Court on October 2, 2007 without prejudice.

4. Andrew understands that on October 25, 2007, Plaintiffs will re-notice their Motion For Preliminary Injunction, with a hearing scheduled for November 29, 2007.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct. This declaration has been executed this 25th day of October, 2007 in San Francisco, California.

                                      /s/ MARY KAY LACEY
                                      MARY KAY LACEY

27280991

**DECL. OF LACEY ISO ANDREW'S MOTION TO DISMISS IN FAVOR OF ARBITRATION**