IVOR SAMSON (SBN 052767)
isamson@sonnenschein.com
MARY KAY LACEY (SBN 142812)
mlacey@sonnenschein.com
HILLARY NOLL KALAY (SBN 233173)
hkalay@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendant
ANDREW CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EDDY DOMINGUEZ, NEWTON BUI, TAN NGUYEN, and LICINO VALINO,<br><br>Plaintiffs.<br><br>v.<br><br>ANDREW CORPORATION,<br><br>Defendant. | Case No. C 07-04679 CW<br><br>**[PROPOSED] ORDER GRANTING ANDREW CORP.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT IN FAVOR OF ARBITRATION**<br><br>Date: November 29, 2007<br>Time: 2:00 p.m.<br>Courtroom: 2, Fourth Floor<br>Honorable Claudia Wilken |

-2-

Defendant Andrew Corporation's Motion To Dismiss Plaintiffs' Complaint having been fully considered,

IT IS HEREBY ORDERED THAT :

The motion is GRANTED. All claims asserted against Defendant Andrew Corporation in Plaintiffs' Complaint in the above-captioned matter are dismissed in favor of arbitration.

    IT IS SO ORDERED.

Dated: _____, 2007

                                                  _____
                                                  Honorable Claudia Wilken
                                                  United States District Court Judge

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000