EDWARD H. DAVIS (SBN 88210)
JESSICA E. LA LONDE (SBN 235744)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:   ehdavis@duanemorris.com
          jelalonde@duanemorris.com

Attorneys for Plaintiffs
EDDY DOMINGUEZ, NEWTON BUI, TAN NGUYEN
and LICINO VALINO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EDDY DOMINGUEZ, NEWTON BUI, TAN NGUYEN and LICINO VALINO,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW CORPORATION,<br><br>Defendant. | Case No.: C 07-04679 CW<br><br>**MOTION FOR WITHDRAWAL OF COUNSEL**<br><br>Dept:   2, 4th Floor<br>Judge:  Claudia Wilken<br>Complaint Filed:   September 11, 2007 |

Duane Morris LLP hereby respectfully requests leave of this Court, pursuant to Local Rule 11-5, to withdraw the appearance of Edward H. Davis and Jessica E. La Londe of Duane Morris LLP as counsel for plaintiffs Eddy Dominguez, Newton Bui, Tan Nguyen and Licino Valino.  In support of its motion, Duane Morris LLP states as follows:

1. Plaintiffs, through Duane Morris LLP counsel, Daniel J. Herling, Edward H. Davis, and Jessica E. La Londe, filed their Complaint on September 11, 2007.

2. On October 1, 2007 Daniel J. Herling filed a Notice of Association of Counsel naming himself as counsel for plaintiffs at his new law firm, Keller & Heckman LLP.

///

3. The clients, Eddy Dominguez, Newton Bui, Tan Nguyen and Licino Valino have been informed of Duane Morris LLP's intent to withdraw as counsel.

4. Notice of this Motion for Withdrawal has been provided to all parties by service of this Motion.

WHEREFORE, Edward H. Davis and Jessica E. La Londe of Duane Morris LLP respectfully request that they be allowed to withdraw their appearances on behalf of plaintiffs Eddy Dominguez, Newton Bui, Tan Nguyen and Licino Valino, pursuant to Local Rule 11-5.

Dated: October 30, 2007                **DUANE MORRIS LLP**

By:  /s/ Edward H. Davis
Edward H. Davis, Esquire
Jessica E. La Londe, Esquire
Attorneys for Plaintiffs
Eddy Dominguez, Newton Bui, Tan Nguyen and Licino Valino