Daniel J. Herling (SBN 103711)
Keller and Heckman LLP
50 California Street, Suite 1500
San Francisco, CA 94111
415.277.5952
415.277.5954

Attorneys for Plaintiffs
EDDY DOMINGUEZ, NEWTON BUI,
TAN NGUYEN and LICINO VALINO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| EDDY DOMINGUEZ, NEWTON BUI, TAN NGUYEN and CLICINO VALINO, Plaintiffs, vs. ANDREW CORPORATION, Defendant. | Case No. C 07-04679 CW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR AN ORDER CHANGING TIME**<br><br>Date: November 29, 2007<br>Time: 2:00 p.m.<br>Dept: 2 |
|---|---|

IT IS HEREBY STIPULATED by and between the respective parties, through their counsel, that, in accordance with U.S. District Court, Northern District Local Rule 6-2 that the following dates be acceptable for the Motion for Leave to File an Amended Complaint:

November 6, 2007 – Plaintiffs file Motion for Leave to File Amended Complaint

November 16, 2007 – Andrew Corporation's Opposition due

November 21, 2007 – Plaintiff's Reply due

November 29, 2007 – Hearing Date

1  Dated: November __, 2007                        Sonnenshein Nath & Rosenthal LLP

                                                   By: /s/ Mary Kay Lacey
                                                   Ivor Samson
                                                   Mary Kay Lacey

                                                   Attorneys for Defendant
                                                   ANDREW CORPORATION


Dated: November 6, 2007                            Keller and Heckman LLP


                                                   By: /s/
                                                   Daniel J. Herling

                                                   Attorneys for Plaintiffs
                                                   EDDY DOMINGUEZ, NEWTON BUI, TAN
                                                   NGUYEN and LICINO VALINO

FILER'S ATTESTATION:

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: November 6, 2007            By:    /s/ Daniel J. Herling
                                          Daniel J. Herling

**ORDER**

PURSUANT TO STIPULATION,

IT IS SO ORDERED.


Dated: November ___, 2007.


                                          _____
                                          Hon. Claudia Wilken

Case No. C 07-04679 CW                    2
STIPULATION RE ORDER SHORTENING TIME