Daniel J. Herling (SBN 103711)
Keller and Heckman LLP
50 California Street, Suite 1500
San Francisco, CA 94111
415.277.5952
415.277.5954

Attorneys for Plaintiffs
EDDY DOMINGUEZ, NEWTON BUI,
TAN NGUYEN and LICINO VALINO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDY DOMINGUEZ, NEWTON BUI, TAN NGUYEN and CLICINO VALINO,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREW CORPORATION,<br><br>Defendant . | Case No. C 07-04679 CW<br><br>**DECLARATION OF DANIEL J. HERLING IN SUPPORT OF STIPULATION FOR AN ORDER CHANGING TIME IN ACCORDANCE RULE RULE 6-2**<br><br>Date:  November 29, 2007<br>Time:  2:00 p.m.<br>Dept:  2 |

I, DANIEL J. HERLING, declare as follows:

1. I am an attorney at law licensed to practice before all courts of the State of California, and I am a partner in the law firm of Keller and Heckman LLP.

2. I am the attorney who is primarily responsible for handling the above-entitled matter.

3. I make this Declaration of my own personal knowledge, except for those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. If called as a witness, I could competently testify to the matters of which I have personal knowledge.

4. The original Complaint was filed on September 11, 2007. Subsequent to the filing of the Complaint, several events occurred, which either superseded, added to, or mooted the allegations in the Complaint. Counsel for plaintiffs requested that Andrew Corporation agree to a stipulated filing of the Amended Complaint. Andrew Corporation refused.

1 |      5.    An F.R.C.P. 12(b)6 Motion to Dismiss on the grounds that the instant matter should be subject to arbitration was filed by counsel for defendant Andrew Corporation. A hearing date on this matter was set for November 29, 2007. Additionally, a motion for a preliminary injunction was also scheduled for November 29, 2007. In order to preserve judicial resources, the proposed Stipulation regarding the briefing schedule will provide the Court with the opportunity to hearing all of these matters at the same time.

     6.    There have been no previous time modifications in this matter, whether by stipulation or Order.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of November, 2007, at San Francisco, California.

_____
Daniel J. Herling

Case No. C 07-04679 CW    2

DECLARATION OF DANIEL J. HERLING IN SUPPORT OF STIPULATION FOR AN ORDER CHANGING TIME IN ACCORDANCE WITH RULE 6-2