Daniel J. Herling (SBN 103711)
Keller and Heckman LLP
50 California Street, Suite 1500
San Francisco, CA 94111
415.277.5952
415.277.5954

Attorneys for Plaintiffs
EDDY DOMINGUEZ, NEWTON BUI,
TAN NGUYEN and LICINO VALINO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| EDDY DOMINGUEZ, NEWTON BUI, TAN NGUYEN and CLICINO VALINO, Plaintiffs, vs. ANDREW CORPORATION, Defendant. | Case No. C 07-04679 CW<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT**<br>Fed. R. Civ. P. 15(a)<br><br>Date: November 29, 2007<br>Time: 2:00 p.m.<br>Dept: 2 |
|---|---|

## I. INTRODUCTION

This Memorandum of Law, submitted by plaintiffs, EDDY DOMINGUEZ, NEWTON BUI, TAN NGUYEN and CLICINO VALINO ("plaintiffs"), is filed in support of their motion for leave to file the Amended Complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

The original Complaint was filed on September 11, 2007. Several events occurring after the original filing have either superseded, added to, or mooted several of the allegations made in the original Complaint. Specifically, the breach of contract cause of action in the original Complaint has been amended, the cause of action for breach of the covenant of good faith and fair dealing in the original Complaint has been deleted, and causes of action for intentional and negligent infliction of emotional distress have been added.

There are currently pending before this Court a Motion for Preliminary Injunction, as well as a motion to dismiss the original Complaint in favor of arbitration.

The Amended Complaint will provide the Court with an operative Complaint that sets forth the current allegations brought by the plaintiffs against Andrew Corporation.

The Amended Complaint is thus required by justice, within the meaning of Rule 15(a) of the Federal Rules of Civil Procedure. According to that Rule, leave to amend should be given "freely."

The Ninth Circuit has a long history of permitting amended complaints. *See, Eminence Capital LLC v. Aspeon*, 316 Fed.3d 1048, 1051 (9th Cir. 2003) (Policy of granting leave should be applied with "extreme liberality."). *See, also, Medtronic, Inc. v. White*, 365 Fed.Supp.2d 1105, 1119 (N.D. Cal. 2005) (allowing amendment of complaint where plaintiff violated Rule 15 by filing an amended complaint without leave of court).

Here, plaintiffs are complying with Rule 15(a). As set forth in the Declaration of Daniel J. Herling in Support of Motion for Leave to File Amended Complaint, concurrence in or stipulation to the Amended Complaint was sought by contacting counsel for the current defendant, Andrew Corporation. Andrew Corporation's refusal to consent to the filing of the Amended Complaint necessitated the bringing of the instant motion.

Recognizing the Court's resources, filed concurrently with this Motion is a request for an Order Shortening Time to allow this Motion to be heard on November 29, 2007, along with the Motion for Preliminary Injunction and the Motion to Dismiss the Complaint in favor of arbitration.

## II.    CONCLUSION

Andrew Corporation is not facing any prejudice should this Amended Complaint be filed as it was offered an opportunity to continue its Motion to Compel Arbitration but refused to do so. In accordance with F.R.C.P. Rule 15(a) and the Ninth Circuit's standard of permitting amended complaints, it is respectfully requested that the Court permit the plaintiffs to file the Amended Complaint attached to this motion as Exhibit A.

| | |
|---|---|
| Dated: November 6, 2007 | Keller and Heckman LLP |
| | By: /s/ Daniel J. Herling |
| | Daniel J. Herling |
| | Attorneys for Plaintiffs<br>EDDY DOMINGUEZ, NEWTON BUI,<br>TAN NGUYEN and LICINO VALINO |