Daniel J. Herling (SBN 103711)
Keller and Heckman LLP
50 California Street, Suite 1500
San Francisco, CA 94111
415.277.5952
415.277.5954

Attorneys for Plaintiffs
EDDY DOMINGUEZ, NEWTON BUI,
TAN NGUYEN and LICINO VALINO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDY DOMINGUEZ, NEWTON BUI, TAN NGUYEN and CLICINO VALINO, <br><br>Plaintiffs, <br><br>vs. <br><br>ANDREW CORPORATION, <br><br>Defendant . | Case No. C 07-04679 CW <br><br>**DECLARATION OF DANIEL J. HERLING IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** <br>Fed. R. Civ. P. 15(a) <br><br>Date: November 29, 2007 <br>Time: 2:00 p.m. <br>Dept: 2 |

I, DANIEL J. HERLING, declare as follows:

1. I am an attorney at law licensed to practice before all courts of the State of California, and I am a partner in the law firm of Keller and Heckman LLP.

2. I am the attorney who is primarily responsible for handling the above-entitled matter.

3. I make this Declaration of my own personal knowledge, except for those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. If called as a witness, I could competently testify to the matters of which I have personal knowledge.

4. On October 31, 2007, I forwarded to counsel for Andrew the proposed Amended Complaint, as well as a Stipulation and Order relating to the filing of the Amended Complaint pursuant to Rule 15(a). I advised counsel for Andrew that due to the fact that several events had either superseded, added to, or mooted several of the allegations made in the original Complaint that was filed

1. on September 11, 2007, the proposed Amended Complaint would provide the Court with current allegations brought by my clients against Andrew Corporation.

5. I also advised that if Andrew deemed it necessary, the plaintiffs were agreeable to having Andrew amend its Motion to Compel Arbitration such that the Motion can be heard without extensive explanation to the Court regarding which causes of action were applicable.

6. On November 5, 2007, I was apprised by counsel for Andrew Corporation that Andrew Corporation refused to stipulate to the filing of the Amended Complaint. Accordingly, this necessitated the filing of this Motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of November, 2007, at San Francisco, California.

Daniel J. Herling