IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDY DOMINGUEZ, NEWTON BUI, TAN NGUYEN and CLICINO VALINO,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREW CORPORATION,<br><br>Defendant. | Case No. C 07-04679 CW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>Date:  November 29, 2007<br>Time:  2:00 p.m.<br>Dept:  2 |

Plaintiffs' Motion for Leave to File Amended Complaint having been fully considered,

IT IS HEREBY ORDERED THAT:

The Motion is Granted. The operative complaint in the action is the Amended Complaint.

IT IS SO ORDERED.

Dated: November ___, 2007

_____
Hon. Claudia Wilken

Case No. C 07-04679 CW                1
ORDER RE LEAVE TO FILE AMENDED COMPLAINT