1  IVOR SAMSON (SBN 052767)
   isamson@sonnenschein.com
2  MARY KAY LACEY (SBN 142812)
   mlacey@sonnenschein.com
3  HILLARY NOLL KALAY (SBN 233173)
   hkalay@sonnenschein.com
4  SONNENSCHEIN NATH & ROSENTHAL LLP
   525 Market Street, 26th Floor
5  San Francisco, CA 94105-2708
   Telephone: (415) 882-5000
6  Facsimile: (415) 882-0300

7  Attorneys for Defendant
   ANDREW CORPORATION

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| EDDY DOMINGUEZ, NEWTON BUI, TAN NGYUEN and LICINO VALINO,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW CORPORATION,<br><br>Defendant. | No. C 07-04679 CW<br><br>ANDREW CORPORATION'S OBJECTIONS TO THE DECLARATION OF EDWARD H. DAVIS<br><br>Date: November 29, 2007<br>Time: 2:00 p.m.<br>Courtroom: 2, Fourth Floor<br>Honorable Claudia Wilken |

Andrew Corporation ("Andrew") hereby objects to portions of the "Declaration of Edward H. Davis in Support of *Ex Parte* Motion for Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction and Writ of Attachment," on the following grounds: (1) Mr. Davis lacks personal knowledge of the matters to which he purports to attest, (2) the declaration and attached exhibits contain inadmissible hearsay, and (3) the declaration and attached exhibits lack foundation and are unauthenticated. Based on these objections, Andrew hereby requests that this Court strike Paragraph 4 of Mr. Davis's declaration and the accompanying exhibits.

**Paragraph 4:**

Paragraph 4 in its entirety is objectionable. First, the statement "Andrew suffered its worst quarter (FV Q3 2007 ending June 2007) in Andrew's history," lacks foundation, is not based on personal knowledge and, to the extent it is based upon the attached articles submitted with Mr. Davis's declaration, is inadmissible hearsay. Fed. R. Evid. 104, 401-403, 602, 801-802, 901.

Next, the two articles attached to Mr. Davis's declaration lack foundation, are not authenticated and constitute hearsay and double hearsay. Fed. R. Evid. 104, 401-403, 602, 801-802, 901; *see also Larez v. City of Los Angeles*, 946 F.2d 630, 642-43 (9th Cir. 1991) ("[N]ewspaper articles have been held inadmissible hearsay as to their content. . . ."); *In re HomeStore.Com, Inc.*, 347 F. Supp. 2d 769, 782-83 (C.D. Cal. 2004) ("printouts from a website do not bear the indicia of reliability demanded for other self-authenticating documents under Fed. R. Evid. 902. To be authenticated, some statement or affidavit from someone with knowledge is required."). Not only are the attached articles unauthenticated by a person with requisite knowledge, but Mr. Davis is offering the articles to prove the truth of the matters stated therein – *i.e.*, that Andrew in fact suffered its worst quarter (FV Q2 2007 ending June 2007) in the company's history. Fed. R. Evid. 801-802.

Respectfully submitted,

Dated: November 8, 2007

SONNENSCHEIN NATH & ROSENTHAL LLP

By _____/s/ MARY KAY LACEY_____
MARY KAY LACEY

Attorneys for Defendant
ANDREW CORPORATION

27281845

ANDREW CORPORATION'S OBJECTIONS TO THE DECLARATION OF EDWARD H. DAVIS