```
 1  IVOR SAMSON (SBN 052767)
    isamson@sonnenschein.com
 2  MARY KAY LACEY (SBN 142812)
    mlacey@sonnenschein.com
 3  HILLARY NOLL KALAY (SBN 233173)
    hkalay@sonnenschein.com
 4  SONNENSCHEIN NATH & ROSENTHAL LLP
    525 Market Street, 26th Floor
 5  San Francisco, CA 94105-2708
    Telephone: (415) 882-5000
 6  Facsimile: (415) 882-0300

 7  Attorneys for Defendant
    ANDREW CORPORATION
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| EDDY DOMINGUEZ, NEWTON BUI, TAN NGUYEN, and LICINO VALINO, | Case No. C 07-04679 CW |
|---|---|
| Plaintiffs. | **DECLARATION OF DOUGLASS HALL IN SUPPORT OF ANDREW CORP.'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| ANDREW CORPORATION, | Date: November 29, 2007 |
| Defendant. | Time: 2:00 p.m. |
| | Courtroom: 2, Fourth Floor |
| | Honorable Claudia Wilken |

I, Douglass Hall, declare as follows:

1. I am Vice President of Wireless Network Solutions at Andrew Corporation ("Andrew") and have been employed with Andrew from 2003 to the present. All facts set forth in this declaration are based upon my personal knowledge, and if called upon to testify as to the truth of those facts, I could and would competently do so.

2. In my position as Vice President of Wireless Network Solutions, I am aware of the

-1-

1 business decisions Andrew has made regarding resources provided to ACMC. ACMC is a unit of
2 Andrew which was formed in April 2006 after Andrew purchased Cell Site Industries, and is
3 comprised of former Cell Site Industries employees, including each of the Plaintiffs in this
4 lawsuit.

5     3. To my knowledge, in my position as Vice President of Wireless Network
6 Solutions, it is my understanding that Andrew has not entered into any signed written agreement
7 that obligates Andrew to provide any certain headcount or operating capital to ACMC. Instead, I
8 am aware that Andrew has working documents setting forth objectives for resources to be made to
9 ACMC, but those working documents are subject to change based on a myriad of business
10 considerations that must be made by the Company.

11     I declare under penalty of perjury under the laws of the state of California that the
12 foregoing is true and correct. This declaration has been executed this 7th day of November, 2007
13 in Ashburn, Virginia.

16 Dated: November 7, 2007

_____
DOUGLASS HALL

22 27282067

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000