Daniel J. Herling (SBN 103711)
Keller and Heckman LLP
50 California Street, Suite 1500
San Francisco, CA 94111
415.277.5952
415.277.5954

Attorneys for Plaintiffs
EDDY DOMINGUEZ, NEWTON BUI,
TAN NGUYEN and LICINO VALINO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDY DOMINGUEZ, NEWTON BUI,<br>TAN NGUYEN and CLICINO VALINO,<br><br>            Plaintiffs,<br><br>     vs.<br><br>ANDREW CORPORATION,<br><br>            Defendant. | Case No. C 07-04679 CW<br><br>**SUPPLEMENTAL DECLARATION OF EDDY DOMINGUEZ IN SUPPORT OF PLAINTIFFS' REPLY ON ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**<br><br>Date:  November 29, 2007<br>Time:  2:00 p.m.<br>Dept:  Courtroom 2, 4th Floor<br><br>Complaint Filed: September 11, 2007 |

I, Eddy Dominguez, declare:

1.      I am a plaintiff in this matter. I am a resident of the state of California over the age of 18 years. I am aware of the following facts of my own personal knowledge. If called as a witness, I could and would competently testify to the facts contained in this Declaration of my own personal knowledge.

2.      I was a shareholder in Cell Site Industries, Inc. ("CSI") and was also the seller's agent and the seller's signatory to the Stock Purchase Agreement ("SPA") between Andrew Corporation and CSI. As such, I was involved in the negotiations of the SPA and am aware of its terms and conditions.

3.      I have reviewed the November 7, 2007, Declaration of Douglass Hall. Mr. Hall was not part of the negotiation team on behalf of Andrew Corporation as to either the SPA or the Operational Plan of Record.

4.      Shortly after Andrew's acquisition of CSI, I was told by Richard DeFelice, who was and

is the director of ACMC's After Market Services and my direct manager, the following: "The SPA does not matter. The only thing that matters is the Operational Plan of Record. The only way for you to get paid the earn-out is for you and your team to achieve the goals in the Operational Plan of Record."

I was surprised by this information and advised Mr. DeFelice that it was my understanding that the SPA bound Andrew as it pertained to the earn-out criteria. The Operational Plan of Record is a separate agreement, which serve as a tool to assist us in achieving the earn-out targets in the SPA by identifying and documenting the resources necessary to achieve those goals in the SPA for the purpose of a working agreement.

5.      In a subsequent conversation, Richard DeFelice reiterated Andrew's position that the Operational Plan of Record is the controlling document and further advised me that this directive came from John Baker, a vice president and officer of Andrew Corporation, who was DeFelice's direct manager.

6.      On or about June 9, 2006, I received an e-mail from Mr. DeFelice, which was also sent to, among others, John Baker. This e-mail attached the "CSI Plan of Record" that had been drafted and reviewed by both my team and the Andrew Corporation team. Of note, Mr. Hall is not copied on this e-mail. (Attached and incorporated and marked as Exhibits A and B are true and correct copies of the e-mail, as well as the Operational Plan of Record.)

7.      The nature of the ACMC repair business is such that having certain repair capabilities prior to market need is imperative. In order to develop these capability in-house, technical resources are needed as part of an up-front investment. The Operational Plan of Record outlines technical resources needed by skill level to develop this capabilities. Additionally, business opportunities were also outlined.

8.      Andrew's lack of providing resources has now resulted in ACMC working on developing capability after the market need. This has resulted in limiting business opportunities from Nortel; being apprised that Cingular/ATT is in the process of developing alternative contract bids because no repair service is available from ACMC; and limiting, if not eliminating, ACMC's work with T-Mobil. Should the preliminary injunction not be granted, the plaintiffs who work at ACMC will suffer irreparable harm over the loss of the above-enumerated contracts.

I declare under penalty of perjury under the law of the state of California that the foregoing is true

1  and correct.  Executed this ____ date of November, 2007.

2

3

4

5                                                  _____

6                                                            Eddy Dominguez

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28