1  Daniel J. Herling (SBN 103711)
   Keller and Heckman LLP
2  50 California Street, Suite 1500
   San Francisco, CA 94111
3  415.277.5952
   415.277.5954
4
   Attorneys for Plaintiffs
5  EDDY DOMINGUEZ, NEWTON BUI,
   TAN NGUYEN and LICINO VALINO
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | EDDY DOMINGUEZ, NEWTON BUI,      | Case No. C 07-04679 CW
   | TAN NGUYEN and CLICINO VALINO,   |
12 |                                  | **SUPPLEMENTAL DECLARATION OF EDDY
   |        Plaintiffs,               | DOMINGUEZ IN SUPPORT OF
13 |                                  | PLAINTIFFS' REPLY ON ORDER TO SHOW
   |   vs.                            | CAUSE RE PRELIMINARY INJUNCTION**
14 |                                  |
   | ANDREW CORPORATION,              | Date:  November 29, 2007
15 |                                  | Time:  2:00 p.m.
   |        Defendant.                | Dept:  Courtroom 2, 4th Floor
16 |                                  |
                                      | Complaint Filed: September 11, 2007
17

18      I, Eddy Dominguez, declare:

19      1.    I am a plaintiff in this matter. I am a resident of the state of California over the age of 18

20 years. I am aware of the following facts of my own personal knowledge. If called as a witness, I could

21 and would competently testify to the facts contained in this Declaration of my own personal knowledge.

22      2.    I was a shareholder in Cell Site Industries, Inc. ("CSI") and was also the seller's agent and

23 the seller's signatory to the Stock Purchase Agreement ("SPA") between Andrew Corporation and CSI.

24 As such, I was involved in the negotiations of the SPA and am aware of its terms and conditions.

25      3.    I have reviewed the November 7, 2007, Declaration of Douglass Hall. Mr. Hall was not

26 part of the negotiation team on behalf of Andrew Corporation as to either the SPA or the Operational

27 Plan of Record.

28      4.    Shortly after Andrew's acquisition of CSI, I was told by Richard DeFelice, who was and

is the director of ACMC's After Market Services and my direct manager, the following: "The SPA does not matter. The only thing that matters is the Operational Plan of Record. The only way for you to get paid the earn-out is for you and your team to achieve the goals in the Operational Plan of Record."

I was surprised by this information and advised Mr. DeFelice that it was my understanding that the SPA bound Andrew as it pertained to the earn-out criteria. The Operational Plan of Record is a separate agreement, which serve as a tool to assist us in achieving the earn-out targets in the SPA by identifying and documenting the resources necessary to achieve those goals in the SPA for the purpose of a working agreement.

5. In a subsequent conversation, Richard DeFelice reiterated Andrew's position that the Operational Plan of Record is the controlling document and further advised me that this directive came from John Baker, a vice president and officer of Andrew Corporation, who was DeFelice's direct manager at the time of the directives.

6. On or about June 9, 2006, I received an e-mail from Mr. DeFelice, which was also sent to, among others, John Baker. This e-mail attached the "CSI Plan of Record" that had been drafted and reviewed by both my team and the Andrew Corporation team. Of note, Mr. Hall is not copied on this e-mail. (Attached and incorporated and marked as Exhibits A and B are true and correct copies of the e-mail, as well as the Operational Plan of Record.) At the time of this e-mail, Andrew was structured differently, and Richard's division (After Market Services) did not report to nor was part of Mr. Hall's organization.

7. Turnover of employees at Andrew increased when Andrew made its sale discussions public. An environment of uncertainty was created among employees regarding job security since Andrew would be the one being acquired instead of being the acquirer. As a result, Andrew employees began to leave the company shortly after CSI was acquired, among them most of the Andrew employees involved in the CSI acquisition. This included corporate employees involved with CSI/ACMC tax treatment, accounting protocols, the Andrew employee who structured the template for the Operational Plan of Record (Mike Jacisin), as well as the entire Andrew legal team. Andrew failed to meet its commitments to the CSI shareholders as evidenced in the following examples: (1) Andrew never made a retention payment on time because of the lack of focus on this much smaller deal ($21.5 million v. $2.4

billion) and the lack of a decent transition from the transitioning legal folks to the new team regarding binding commitments to CSI shareholders; (2) Richard DeFelice contacted me, on behalf of the Andrew in-house legal team, just prior to the first year earn-out payment to ask for a copy of the SPA because neither the current in-house legal team nor anyone within Andrew had a copy at the time other than the CSI shareholders. It is my understanding that Andrew's outside counsel was able to provide Andrew corporate legal with a copy of the SPA.

8.  The nature of the ACMC repair business is such that achieving certain repair capabilities prior to market need is imperative. In order to develop these capability in-house, technical resources are needed as part of an up-front investment. The Operational Plan of Record outlines technical resources needed by skill level to develop this capabilities. Additionally, business opportunities were also outlined.

9.  Andrew's lack of providing resources has now resulted in ACMC working on developing capability after the market need. This has resulted in limiting business opportunities from Nortel; being apprised that Cingular/ATT is in the process of developing alternative contract bids because no repair service is available from ACMC; and limiting, if not eliminating, ACMC's work with T-Mobile. Should the preliminary injunction not be granted, the plaintiffs who work at ACMC will suffer irreparable harm over the loss of the above-enumerated contracts.

I declare under penalty of perjury under the law of the state of California that the foregoing is true and correct. Executed this 14th day of November, 2007.

_Eddy Dominguez_

**EXHIBIT A**

From: DeFelice, Richard [Richard.DeFelice@andrew.com]
Required: John Baker (Baker, John); Jacisin, Mike; Wolfe, Mike; eddyd@cellsiteind.com
Optional:
Subject: Plan of Record Review

Location: Bridge 866-552-8107 (x33900) PIN 934 5363
When: Friday, June 09, 2006 6:00 AM-6:30AM.

Please join this review of the CSI Plan of Record prior to its release to Corporate.


060605
an_of_Record_\

---
This message is for the designated recipient only and may
contain privileged, proprietary, or otherwise private information.
If you have received it in error, please notify the sender
immediately and delete the original. Any unauthorized use of
this email is prohibited.
---
[mf2]

**EXHIBIT B**

**Cell Site Merchant Repair Plan of Record**
*(Excludes Andw work)*
*($000's)*

| | GL# | May-06 Plan | Jun-06 Plan | Jul-06 Plan | Aug-06 Plan | Sep-06 Plan | 4Q Plan | 1QFY07 Plan | 2QFY07 Plan | 3QFY07 Plan | 4QFY07 Plan | 1QFY08 Plan | 2QFY08 Plan | 3QFY08 Plan | 4QFY08 Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | | | |
| Repair | 41-42 | 235,472 | 324,757 | 378,834 | 467,032 | 608,191 | 1,454,057 | 2,425,999 | 3,609,003 | 3,919,697 | 4,383,509 | 4,559,840 | 5,366,621 | 5,720,512 | 5,989,931 |
| Replacement | 4400 | 1,859 | 10,081 | 46,779 | 57,075 | 67,325 | 171,179 | 195,834 | 225,765 | 257,209 | 264,551 | 289,041 | 361,156 | 389,366 | 412,988 |
| Packing/shipping | 4700 | 5,000 | 7,000 | 9,000 | 10,000 | 14,000 | 33,000 | 52,000 | 77,000 | 84,000 | 93,000 | 97,000 | 115,000 | 122,000 | 128,000 |
| **Total Income** | | 242,331 | 341,838 | 434,613 | 534,107 | 689,516 | 1,658,236 | 2,673,832 | 3,911,768 | 4,260,906 | 4,741,060 | 4,945,882 | 5,842,778 | 6,231,878 | 6,530,918 |
| Production Labor | 5000/5120/5140 | 30,351 | 46,707 | 59,383 | 72,977 | 94,211 | 226,571 | 365,336 | 534,480 | 582,185 | 647,790 | 675,776 | 798,322 | 851,486 | 892,341 |
| Other COGS | 5XXX | 23,417 | 36,036 | 45,816 | 56,304 | 72,687 | 174,807 | 281,868 | 412,368 | 449,173 | 499,790 | 521,381 | 615,930 | 656,948 | 688,475 |
| COGs | | 53,769 | 82,742 | 105,199 | 129,281 | 166,898 | 401,378 | 647,204 | 946,848 | 1,031,358 | 1,147,580 | 1,197,157 | 1,414,252 | 1,508,434 | 1,580,817 |
| **Gross Profit** | | 188,563 | 259,096 | 329,414 | 404,826 | 522,618 | 1,256,858 | 2,026,628 | 2,964,919 | 3,229,548 | 3,593,480 | 3,748,725 | 4,428,526 | 4,723,444 | 4,950,102 |
| | | 78% | 76% | 76% | 76% | 76% | 76% | 76% | 76% | 76% | 76% | 76% | 76% | 76% | 76% |
| **Total Research & Development** | | 8,000 | 10,255 | 13,038 | 16,023 | 20,685 | 49,747 | 80,215 | 117,353 | 127,827 | 142,232 | 148,376 | 175,283 | 186,956 | 195,928 |
| | | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% |
| **Total Tech Marketing** | | 15,000 | 25,000 | 60,000 | 60,000 | 60,000 | 180,000 | 161,817 | 223,713 | 241,170 | 265,178 | 275,419 | 320,264 | 339,719 | 354,610 |
| | | 6% | 7% | 14% | 11% | 9% | 11% | 6% | 6% | 6% | 6% | 6% | 6% | 5% | 5% |
| **Administration** | | | | | | | | | | | | | | | |
| Officers Comp | 6000 | 14,056 | 14,056 | 14,056 | 14,056 | 14,056 | 42,167 | 42,167 | 42,167 | 42,167 | 42,167 | 42,167 | 42,167 | 42,167 | 42,167 |
| Admin Salaries | 6010 | 11,783 | 20,637 | 20,637 | 20,637 | 20,637 | 61,912 | 61,912 | 61,912 | 61,912 | 61,912 | 61,912 | 61,912 | 61,912 | 61,912 |
| Labor Burden (25%) | 6020 | 10,210 | 14,923 | 23,673 | 23,673 | 23,673 | 71,020 | 66,474 | 81,948 | 86,312 | 92,314 | 94,874 | 106,086 | 110,949 | 114,687 |
| Occupancy | 6100 | 12,135 | 50,000 | 50,000 | 50,000 | 50,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 |
| Depreciation | 8700 | 3,677 | 3,677 | 4,010 | 5,677 | 5,760 | 15,448 | 17,948 | 20,448 | 21,698 | 22,948 | 24,198 | 25,448 | 25,848 | 25,848 |
| Automobile | 6120 | 938 | 938 | 938 | 938 | 938 | 2,815 | 2,815 | 2,815 | 2,815 | 2,815 | 2,815 | 2,815 | 2,815 | 2,815 |
| Insurance | 6180 | 132 | 1,000 | 1,000 | 1,000 | 1,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| Prof Svcs | 6200 | 32,000 | 15,000 | 15,000 | 15,000 | 15,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 |
| Supplies | 6400 | 585 | 585 | 585 | 585 | 585 | 1,754 | 1,754 | 1,754 | 1,754 | 1,754 | 1,754 | 1,754 | 1,754 | 1,754 |
| Telecomm | 6500 | 576 | 2,000 | 2,000 | 2,000 | 2,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 |
| Bad Debt | 6700 | 3,194 | 6,837 | 8,692 | 10,682 | 13,790 | 33,165 | 33,165 | 33,165 | 33,165 | 33,165 | 33,165 | 33,165 | 33,165 | 33,165 |
| Other SG&A | several | 1,359 | 3,418 | 4,346 | 5,341 | 6,895 | 16,582 | 16,582 | 16,582 | 16,582 | 16,582 | 16,582 | 16,582 | 16,582 | 16,582 |
| **Total Administration** | | 90,645 | 133,071 | 144,938 | 149,589 | 154,335 | 448,862 | 446,816 | 464,790 | 470,404 | 477,656 | 481,466 | 493,928 | 499,191 | 502,929 |
| **Total Operating Expense** | | 113,645 | 168,326 | 217,976 | 225,612 | 235,020 | 678,609 | 688,847 | 805,856 | 839,402 | 885,066 | 905,262 | 989,475 | 1,025,867 | 1,053,528 |
| | | 47% | 49% | 50% | 42% | 34% | 41% | 26% | 21% | 20% | 19% | 18% | 17% | 16% | 16% |
| **EBIT before retention accrual** | | 74,918 | 90,769 | 111,438 | 179,213 | 287,598 | 578,249 | 1,337,780 | 2,159,063 | 2,390,146 | 2,708,414 | 2,843,463 | 3,439,051 | 3,697,578 | 3,896,574 |
| | | 31% | 27% | 26% | 34% | 42% | 35% | 50% | 55% | 56% | 57% | 57% | 59% | 59% | 60% |
| Retention Accrual | | 27,778 | 27,778 | 27,778 | 27,778 | 27,778 | 83,333 | 83,333 | 83,333 | 83,333 | 83,333 | 83,333 | 83,333 | 83,333 | 83,333 |
| **Adjusted EBIT** | | 47,140 | 62,992 | 83,661 | 151,435 | 259,820 | 494,916 | 1,254,447 | 2,075,730 | 2,306,813 | 2,625,081 | 2,760,129 | 3,355,718 | 3,614,244 | 3,813,240 |
| *Capital Expenditures* | | - | - | 20,000 | 100,000 | 5,000 | 125,000 | 50,000 | 50,000 | 25,000 | 25,000 | 25,000 | 25,000 | 8,000 | - |
| **Headcount** | | | | | | | | | | | | | | | |
| Production (Operations) | | 11 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 |
| R&D (Engineering) | | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 5 | 5 | 5 | 5 | 5 | 5 |
| Tech Marketing & Sales (Incld Biz dev) | | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| Admin (Incld Finance & HR) | | 3 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| **Total** | | 18 | 20 | 20 | 20 | 20 | 20 | 20 | 21 | 21 | 21 | 21 | 21 | 21 | 21 |

**New Hire assumptions**

| | May-06 | Jun-06 | Jul-06 | Aug-06 | Sep-06 | 4Q | 1QFY07 | 2QFY07 | 3QFY07 | 4QFY07 | 1QFY08 | 2QFY08 | 3QFY08 | 4QFY08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Test Engineer | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bus Development | - | 1 | - | - | - | - | 1 | - | - | - | - | - | - | - |
| Finance | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Human Resources | 1 | - | - | - | - | - | - | - | - | - | - | - | - | - |

**Cell: A4**
**Comment:** INCOME: to tie to G/L, start to break out packing & shipping fees as per P&L; revisit Mkt Opp with respect to this change.

**Cell: I30**
**Comment:** ADMIN SALARIES 1Q06 includes stock grant compensation to Sonny

**Cell: A32**
**Comment:** Occupancy:
* occupancy leases showing on audited financials + 10% for utilities; will probably be lower due to anticipated lease buyout
* new plants: 30,000 sq ft. @ .65 per sq ft. = $19500.00 per month + 10% utilities