1  Daniel J. Herling (SBN 103711)
   Keller and Heckman LLP
2  50 California Street, Suite 1500
   San Francisco, CA 94111
3  415.277.5952
   415.277.5954
4
   Attorneys for Plaintiffs
5  EDDY DOMINGUEZ, NEWTON BUI,
   TAN NGUYEN and LICINO VALINO

**FILED**

NOV 20 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDY DOMINGUEZ, NEWTON BUI, TAN NGUYEN and CLICINO VALINO, <br><br> Plaintiffs, <br><br> vs. <br><br> ANDREW CORPORATION, <br><br> Defendant. | Case No. C 07-04679 CW <br><br> STIPULATION AND [~~PROPOSED~~] ORDER FOR AN ORDER CHANGING TIME <br><br> Date: November 29, 2007 <br> Time: 2:00 p.m. <br> Dept: 2 |

IT IS HEREBY STIPULATED by and between the respective parties, through their counsel, that, in accordance with U.S. District Court, Northern District Local Rule 6-2 that the following dates be acceptable for the Motion for Leave to File an Amended Complaint:

November 6, 2007 – Plaintiffs file Motion for Leave to File Amended Complaint

November 16, 2007 – Andrew Corporation's Opposition due

November 21, 2007 – Plaintiff's Reply due

November 29, 2007 – Hearing Date

Case No. C 07-04679 CW                     1
STIPULATION RE ORDER SHORTENING TIME

| | | |
|---|---|---|
| 1 | Dated: November __, 2007 | Sonnenshein Nath & Rosenthal LLP |
| 2 | | |
| 3 | | By: /s/ Mary Kay Lacey |
| 4 | | Ivor Samson<br>Mary Kay Lacey |
| 5 | | |
| 6 | | Attorneys for Defendant<br>ANDREW CORPORATION |
| 7 | | |
| 8 | Dated: November 6, 2007 | Keller and Heckman LLP |
| 9 | | |
| 10 | | |
| 11 | | By: /s/ |
| 12 | | Daniel J. Herling |
| 13 | | Attorneys for Plaintiffs<br>EDDY DOMINGUEZ, NEWTON BUI, TAN NGUYEN and LICINO VALINO |
| 14 | | |

15  FILER'S ATTESTATION:

17  Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

19  Dated: November 6, 2007         By:      /s/ Daniel J. Herling
                                            Daniel J. Herling

**ORDER**

22  PURSUANT TO STIPULATION,

23  IT IS SO ORDERED.

25  Dated: November 20, 2007.

            /s/ Claudia Wilken
            Hon. Claudia Wilken

Case No. C 07-04679 CW                    2
STIPULATION RE ORDER SHORTENING TIME