UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EDDY DOMINGUEZ,

    Plaintiff,

v.

ANDREW CORPORATION,

    Defendant.

NO. C 07-04679 CW

**MINUTE ORDER**
Date: 11/29/07

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**     **Court Reporter:**  Starr Wilson, pro tem

**Appearances for Plaintiff:**
Daniel Herling

**Appearances for Defendant:**
Mary Kay Lacey

**Motions:**

| | | |
|---|---|---|
| Plaintiffs | Mo. for preliminary injunction | Denied |
| Plaintiffs | Mo. to amend complaint | Granted |
| Defendant | Mo. to dismiss Plaintiffs' complaint in favor of arbitration | Denied |

Further briefing due:
Order to be prepared by:  Court

Notes:  Plaintiff does not need permission to amend prior to responsive pleading being filed and can amend as a matter of right. Court inclined to deny motion for preliminary injunction.  Court will sever IIED and NIED claims and continue dealing with them; Defense can file a motion to dismiss.  Court will send IIED and NIED claims along with other claims to arbitration on same terms and conditions and but can call it non-binding arbitration unless parties want binding arbitration; claims other than IIED and NIED will be referred for binding arbitration. **Case Management Conference previously set for 12/18/07 is continued to 1/10/08 at 2:00 p.m.**  Any motion to dismiss amended complaint should be noticed for hearing on 1/10/08 at 2:00 p.m.

Copies to:  Chambers