IVOR SAMSON (SBN 052767)
isamson@sonnenschein.com
MARY KAY LACEY (SBN 142812)
mlacey@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendant
ANDREW CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EDDY DOMINGUEZ, NEWTON BUI, TAN NGYUEN and LICINO VALINO,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW CORPORATION,<br><br>Defendant. | No. C 07-04679 CW<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN ORDER CHANGING TIME<br><br>Date: January 31, 2007<br>Time: 2:00 p.m.<br>Courtroom: 2, Fourth Floor<br>Honorable Claudia Wilken |

IT IS HEREBY STIPULATED by and between the respective parties, through their counsel, that, in accordance with United States District Court, Northern District Local Rule 6-2 that the following dates be acceptable for Andrew Corporation's Motion to Dismiss Plaintiffs' Amended Complaint:

December 20, 2007:   Defendant files Motion to Dismiss Plaintiffs' Amended Complaint

January 10, 2007:   Plaintiffs' Opposition due

January 17, 2007:   Defendants' Reply due

January 31, 2007:   Hearing date

| | | |
|---|---|---|
| 1 | Dated: December 3, 2007 | KELLER AND HECKMAN LLP |
| 2 | | |
| 3 | | ___/S/ DANIEL J. HERLING___<br>DANIEL J. HERLING |
| 4 | | |
| 5 | | Attorneys for Plaintiffs<br>EDDY DOMINGUEZ, NEWTON BUI, TAN NYUGEN and LICINO VALINO |
| 6 | | |
| 7 | Dated: December 3, 2007 | SONNENSCHEIN NATH & ROSENTHAL LLP |
| 8 | | |
| 9 | | |
| 10 | | ___/S/ MARY KAY LACEY___<br>MARY KAY LACEY |
| 11 | | Attorneys for Defendant<br>ANDREW CORPORATION |

FILER'S ATTESTATION:

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

DATED: DECEMBER 3, 2007          BY:   ___/S/ MARY KAY LACEY___
                                              MARY KAY LACEY

### [PROPOSED] ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: December ___, 2007          BY: _____
                                              HON. CLAUDIA WILKIN