IVOR SAMSON (SBN 052767)
isamson@sonnenschein.com
MARY KAY LACEY (SBN 142812)
mlacey@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendant
ANDREW CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EDDY DOMINGUEZ, NEWTON BUI, TAN NGYUEN and LICINO VALINO,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW CORPORATION,<br><br>Defendant. | No. C 07-04679 CW<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN ORDER CHANGING TIME **AS MODIFIED**<br><br>Date:  January 31, 2007<br>Time:  2:00 p.m.<br>Courtroom: 2, Fourth Floor<br>Honorable Claudia Wilken |

IT IS HEREBY STIPULATED by and between the respective parties, through their

counsel, that, in accordance with United States District Court, Northern District Local Rule 6-2

that the following dates be acceptable for Andrew Corporation's Motion to Dismiss Plaintiffs'

Amended Complaint:

December 20, 2007:   Defendant files Motion to Dismiss Plaintiffs' Amended Complaint

January 10, 2007:    Plaintiffs' Opposition due

January 17, 2007:    Defendants' Reply due

January 31, 2007:    Hearing date

1  Dated: December 3, 2007                KELLER AND HECKMAN LLP

2

3                                          /S/ DANIEL J. HERLING
                                           DANIEL J. HERLING
4
                                       Attorneys for Plaintiffs
5                                      EDDY DOMINGUEZ, NEWTON BUI, TAN
                                       NYUGEN and LICINO VALINO
6

7
   Dated: December 3, 2007                SONNENSCHEIN NATH & ROSENTHAL LLP
8

9

10                                         /S/ MARY KAY LACEY
                                           MARY KAY LACEY
11
                                       Attorneys for Defendant
12                                     ANDREW CORPORATION

13

14 FILER'S ATTESTATION:

15      Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under

16 penalty of perjury that the concurrence in the filing of this document has been obtained from its

17 signatories.

18 DATED:  DECEMBER 3, 2007        BY:    /S/ MARY KAY LACEY
                                          MARY KAY LACEY
19

20

21               [PROPOSED] ORDER

22      Pursuant to the parties' stipulation, IT IS SO ORDERED.   **The Case Management
   Conference is also continued to January 31, 2008, at 2:00 p.m.**
23

24 Dated: December  4 , 2007        BY:   Claudia Wilkin
                                          HON. CLAUDIA WILKIN
25

26

27

28