WHEREAS, Edward H. Davis and Jessica E. La Londe of Duane Morris LLP desire to withdraw as counsel on behalf of Plaintiffs;

WHEREAS, Plaintiffs are fully informed of Duane Morris LLP's desire to withdraw as counsel on their behalf and are currently represented in this matter by Daniel J. Herling of Keller & Heckman LLP;

IT IS THEREFORE STIPULATED AND AGREED that the Court may enter an order as follows:

(1) Granting Duane Morris LLP's Motion to Withdraw as Counsel filed by Edward H. Davis and Jessica E. La Londe of Duane Morris LLP on October 30, 2007.

Plaintiffs, through their representative Eddy Dominguez, Duane Morris LLP, and Keller & Heckman LLP hereby request that the Court enter the [Proposed] Order on file with this Court.

Respectfully submitted,

Dated: November 30, 2007            **PLAINTIFFS**

                                    By: _____
                                        Eddy Dominguez

Dated: November ___, 2007           **DUANE MORRIS LLP**

                                    By: /s/ Edward H. Davis
                                        Edward H. Davis
                                        Jessica E. La Londe
                                        Attorneys for Plaintiffs

Dated: November ___, 2007           **KELLER & HECKMAN LLP**

                                    By: /s/ Daniel J. Herling
                                        Daniel J. Herling
                                        Attorneys for Plaintiffs