EDWARD H. DAVIS (SBN 88210)
JESSICA E. LA LONDE (SBN 235744)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail: ehdavis@duanemorris.com
       jelalonde@duanemorris.com

Attorneys for Plaintiffs
EDDY DOMINGUEZ, NEWTON BUI, TAN NGUYEN
and LICINO VALINO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EDDY DOMINGUEZ, NEWTON BUI, TAN NGUYEN and LICINO VALINO,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW CORPORATION,<br><br>Defendant. | Case No.: C 07-04679 CW<br><br>**STIPULATION AMONG PLAINTIFFS, DUANE MORRIS LLP, AND KELLER & HECKMAN LLP IN SUPPORT OF DUANE MORRIS LLP'S MOTION TO WITHDRAWAL AS COUNSEL**<br><br>Dept:    2, 4th Floor<br>Judge:   Claudia Wilken<br>Complaint Filed:    September 11, 2007 |

In support of Duane Morris LLP's Motion to Withdrawal as Counsel filed with the Court on October 30, 2007, it is hereby stipulated by and among (1) Plaintiffs Eddy Dominguez, Newton Bui, Tan Nguyen, and Licino Valino, (2) Edward H. Davis and Jessica E. La Londe of Duane Morris LLP, and (3) Daniel J. Herling of Keller & Heckman LLP, as follows:

WHEREAS, on September 11, 2007 Plaintiffs, through Duane Morris LLP counsel, Daniel J. Herling, Edward H. Davis, and Jessica E. La Londe, filed their Complaint;

WHEREAS, on October 1, 2007 Daniel J. Herling filed a Notice of Association of Counsel naming himself as counsel for Plaintiffs at his new law firm, Keller & Heckman LLP;

WHEREAS, Edward H. Davis and Jessica E. La Londe of Duane Morris LLP desire to withdraw as counsel on behalf of Plaintiffs;

WHEREAS, Plaintiffs are fully informed of Duane Morris LLP's desire to withdraw as counsel on their behalf and are currently represented in this matter by Daniel J. Herling of Keller & Heckman LLP;

IT IS THEREFORE STIPULATED AND AGREED that the Court may enter an order as follows:

(1) Granting Duane Morris LLP's Motion to Withdraw as Counsel filed by Edward H. Davis and Jessica E. La Londe of Duane Morris LLP on October 30, 2007.

Plaintiffs, through their representative Eddy Dominguez, Duane Morris LLP, and Keller & Heckman LLP hereby request that the Court enter the [Proposed] Order on file with this Court.

Respectfully submitted,

Dated: November 30, 2007            **PLAINTIFFS**

                                    By: /s/ Eddy Dominguez
                                        Eddy Dominguez

Dated: November ___, 2007           **DUANE MORRIS LLP**

                                    By: /s/ Edward H. Davis
                                        Edward H. Davis
                                        Jessica E. La Londe
                                        Attorneys for Plaintiffs

Dated: November ___, 2007           **KELLER & HECKMAN LLP**

                                    By: /s/ Daniel J. Herling
                                        Daniel J. Herling
                                        Attorneys for Plaintiffs