1  EDWARD H. DAVIS (SBN 88210)
   JESSICA E. LA LONDE (SBN 235744)
2  **DUANE MORRIS LLP**
   One Market, Spear Tower, Suite 2000
3  San Francisco, CA 94105-1104
   Telephone: 415.957.3000
4  Facsimile: 415.957.3001
   E-Mail:   ehdavis@duanemorris.com
5            jelalonde@duanemorris.com

6  Attorneys for Plaintiffs
   EDDY DOMINGUEZ, NEWTON BUI, TAN NGUYEN
7  and LICINO VALINO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EDDY DOMINGUEZ, NEWTON BUI, TAN NGUYEN and LICINO VALINO,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW CORPORATION,<br><br>Defendant. | Case No.: C 07-04679 CW<br><br>**ORDER**<br><br>Dept:    2, 4th Floor<br>Judge:   Claudia Wilken<br>Complaint Filed:   September 11, 2007 |

NOW, this 18th day of December 2007, upon consideration of the Motion to Withdraw as Counsel, it is hereby ORDERED that said Motion is GRANTED, and that Edward H. Davis and Jessica E. La Londe, of Duane Morris LLP, are withdrawn as counsel for plaintiffs Eddy Dominguez, Newton Bui, Tan Nguyen and Licino Valino.

By: _____
    The Honorable Claudia Wilken