IVOR SAMSON (SBN 052767)
isamson@sonnenschein.com
MARY KAY LACEY (SBN 142812)
mlacey@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendant
ANDREW CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| EDDY DOMINGUEZ, NEWTON BUI, TAN NGYUEN and LICINO VALINO, Plaintiff, vs. ANDREW CORPORATION, Defendant. | No. C 07-04679 CW<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN ORDER CHANGING TIME<br><br>Date: January 31, 2007<br>Time: 2:00 p.m.<br>Courtroom: 2, Fourth Floor<br>Honorable Claudia Wilken |
|---|---|

IT IS HEREBY STIPULATED by and between the respective parties, through their counsel, that in order for the parties to continue settlement discussions and hopefully settle this matter, the parties jointly request a two week continuance for the filing of Plaintiffs' Opposition, Defendant's Reply, and the hearing date on Andrew Corporation's Motion to Dismiss Plaintiffs' Amended Complaint. Pursuant to the Court's prior Order, Defendant filed its Motion to Dismiss on December 20, 2007. In accordance with United States District Court, Northern District Local Rule 6-2, the parties request that the Court continue the remaining dates applicable to Andrew Corporation's Motion to Dismiss Plaintiffs' Amended Complaint, as follows:

January 24, 2008:    Plaintiffs' Opposition due

January 31, 2008:   Defendant's Reply due

February 14, 2008:   Hearing date

Dated: January 8, 2008                                KELLER AND HECKMAN LLP


                                                     /S/ DANIEL J. HERLING
                                                     DANIEL J. HERLING

                                                     Attorneys for Plaintiffs
                                                     EDDY DOMINGUEZ, NEWTON BUI, TAN
                                                     NYUGEN and LICINO VALINO


Dated: January 8, 2008                                SONNENSCHEIN NATH & ROSENTHAL LLP


                                                     /S/ MARY KAY LACEY
                                                     MARY KAY LACEY

                                                     Attorneys for Defendant
                                                     ANDREW CORPORATION


FILER'S ATTESTATION:

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

DATED: JANUARY 8, 2008              BY:   /S/ MARY KAY LACEY
                                          MARY KAY LACEY


### [PROPOSED] ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.


Dated: January ___, 2008              BY: _____
                                          HON. CLAUDIA WILKIN