Daniel J. Herling (SBN 103711)
Keller and Heckman LLP
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: 415.277.5952
Facsimile: 415.277.5954

Attorneys for Plaintiff
EDDY DOMINGUEZ, NEWTON BUI,
TAN NGUYEN and LICINO VALINO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDY DOMINGUEZ, NEWTON BUI, TAN NGUYEN and LICINO VALINO,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREW CORPORATION,<br><br>Defendant. | Case No. C 07-04679 CW<br><br>**NOTICE OF CHANGE OF ADDRESS** |

Please be advised that as of January 28, 2008, the new address, telephone number, and fax number of Keller and Heckman will be as follows:

    Keller and Heckman, LLP
    Three Embarcadero Center, Suite 450
    San Francisco, CA 94111
    (415) 948-2800
    (415) 948-2808 - fax

Dated: January 14, 2008

    Keller and Heckman LLP

    By: /s/
        Daniel J. Herling

    Attorneys for Plaintiff
    EDDY DOMINGUEZ, NEWTON BUI,
    TAN NGUYEN and LICINO VALINO