1  IVOR SAMSON (SBN 052767)
   isamson@sonnenschein.com
2  MARY KAY LACEY (SBN 142812)
   mlacey@sonnenschein.com
3  SONNENSCHEIN NATH & ROSENTHAL LLP
   525 Market Street, 26th Floor
4  San Francisco, CA 94105-2708
   Telephone: (415) 882-5000
5  Facsimile: (415) 882-0300

6  Attorneys for Defendant
   ANDREW CORPORATION
7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                             OAKLAND DIVISION

11 | EDDY DOMINGUEZ, NEWTON BUI, | No. C 07-04679 CW
   | TAN NGYUEN and LICINO VALINO, |
12 |                              | NOTICE OF WITHDRAWAL OF
   |        Plaintiff,            | ANDREW CORPORATION'S MOTION
13 |                              | TO DISMISS PLAINTIFFS' AMENDED
   |   vs.                        | COMPLAINT
14 |                              |
   | ANDREW CORPORATION,          | Date:   February 21, 2008
15 |                              | Time:   2:00 p.m.
   |        Defendant.            | Courtroom: 2, Fourth Floor
16 |                              | Honorable Claudia Wilken

17

18

19

20     TO THE COURT, PLAINTIFFS AND THEIR ATTORNEY OF RECORD:

21     NOTICE IS HEREBY GIVEN that, due to ongoing settlement negotiations between the

22 parties, Andrew Corporation hereby withdraws its motion to dismiss plaintiffs' amended

23 complaint *without* prejudice to re-file the motion should settlement negotiations fail.  Andrew's

24 motion was previously set for February 21 at 2:00 p.m., in Courtroom 2 of the above-captioned

25 Court, the Honorable Claudia Wilkin presiding.

26

27

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

|     |     |
| --- | --- |
| | Respectfully submitted, |
| Dated: January 24, 2008 | SONNENSCHEIN NATH & ROSENTHAL LLP |
| | ___/S/ MARY KAY LACEY_____ |
| | MARY KAY LACEY |
| | Attorneys for Defendant |
| | ANDREW CORPORATION |

27288462