1  IVOR SAMSON (SBN 052767)
   isamson@sonnenschein.com
2  MARY KAY LACEY (SBN 142812)
   mlacey@sonnenschein.com
3  SONNENSCHEIN NATH & ROSENTHAL LLP
   525 Market Street, 26th Floor
4  San Francisco, CA 94105-2708
   Telephone: (415) 882-5000
5  Facsimile: (415) 882-0300

6  Attorneys for Defendant
   ANDREW CORPORATION
7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   OAKLAND DIVISION

11

12 EDDY DOMINGUEZ, NEWTON BUI,          No. C 07-04679 CW
   TAN NGYUEN and LICINO VALINO,
13                                      STIPULATION AND [PROPOSED]
            Plaintiff,                  ORDER FOR AN ORDER CONTINUING
14                                      THE SCHEDULED CASE
       vs.                              MANAGEMENT CONFERENCE
15
   ANDREW CORPORATION,
16                                      Date:  February 21, 2008
            Defendant.                  Time:  2:00 p.m.
17                                      Courtroom: 2, Fourth Floor
                                        Honorable Claudia Wilken
18

19

20     IT IS HEREBY STIPULATED by and between the respective parties, through their

21 counsel, that, in accordance with United States District Court, Northern District Local Rule 6-2,

22 the case management conference currently scheduled for February 21, 2008 be continued for 60

23 days to allow the parties time to conclude pending settlement negotiations.

24 Dated: January 24, 2008          KELLER AND HECKMAN LLP

25

26                                      ___/S/ DANIEL J. HERLING_____
                                          DANIEL J. HERLING
27
                                        Attorneys for Plaintiffs
28                                      EDDY DOMINGUEZ, NEWTON BUI, TAN
                                        NYUGEN and LICINO VALINO

-1-
STIPULATION REGARDING ORDER CHANGING CASE MANAGEMENT CONFERENCE

1
2
3   Dated: January 24, 2008                    SONNENSCHEIN NATH & ROSENTHAL LLP
4
5                                              ___/S/ MARY KAY LACEY_____
                                               MARY KAY LACEY
6                                              Attorneys for Defendant
                                               ANDREW CORPORATION
7
8
9   FILER'S ATTESTATION:
10      Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under
11  penalty of perjury that the concurrence in the filing of this document has been obtained from its
12  signatories.
13  DATED: January 24, 2008              BY:  ___/S/ MARY KAY LACEY_____
                                              MARY KAY LACEY
14
15
16                              **[PROPOSED] ORDER**
17      Pursuant to the parties' stipulation, the case management conference is hereby continued
18  and will now take place on _____, 2008 at _____ a.m./p.m.
19      IT IS SO ORDERED.
20
21  Dated: January ___, 2008             BY: _____
                                              HON. CLAUDIA WILKIN
22
23
24
25
26
27
28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000