1  IVOR SAMSON (SBN 052767)
   isamson@sonnenschein.com
2  MARY KAY LACEY (SBN 142812)
   mlacey@sonnenschein.com
3  SONNENSCHEIN NATH & ROSENTHAL LLP
   525 Market Street, 26th Floor
4  San Francisco, CA 94105-2708
   Telephone: (415) 882-5000
5  Facsimile: (415) 882-0300

6  Attorneys for Defendant
   ANDREW CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EDDY DOMINGUEZ, NEWTON BUI, TAN NGYUEN and LICINO VALINO,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW CORPORATION,<br><br>Defendant. | No. C 07-04679 CW<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN ORDER CONTINUING THE SCHEDULED CASE MANAGEMENT CONFERENCE<br><br>Date: February 21, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2, Fourth Floor<br>Honorable Claudia Wilken |

IT IS HEREBY STIPULATED by and between the respective parties, through their counsel, that, in accordance with United States District Court, Northern District Local Rule 6-2, the case management conference currently scheduled for February 21, 2008 be continued for 60 days to allow the parties time to conclude pending settlement negotiations.

Dated: January 24, 2008            KELLER AND HECKMAN LLP


                                    ___/S/ DANIEL J. HERLING_____
                                       DANIEL J. HERLING

                                    Attorneys for Plaintiffs
                                    EDDY DOMINGUEZ, NEWTON BUI, TAN
                                    NYUGEN and LICINO VALINO

-1-
STIPULATION REGARDING ORDER CHANGING CASE MANAGEMENT CONFERENCE

Dated: January 24, 2008                          SONNENSCHEIN NATH & ROSENTHAL LLP


                                                   ___/S/ MARY KAY LACEY_____
                                                   MARY KAY LACEY

Attorneys for Defendant
ANDREW CORPORATION


FILER'S ATTESTATION:

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

DATED: January 24, 2008                BY: ___/S/ MARY KAY LACEY_____
                                                                             MARY KAY LACEY


## [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, the case management conference is hereby continued and will now take place on ____April 22,_____, 2008 at ____2:00_____ ~~a.m.~~/p.m.

IT IS SO ORDERED.

Dated: January __25__, 2008            BY: _____
                                                                              HON. CLAUDIA WILKIN