DANIEL J. HERLING
herling@khlaw.com
KELLER & HECKMAN LLP
Three Embarcadero Center, Suite 450
San Francisco, CA 94111
(415) 948-2800
(415) 948-2808 (fax)

Attorneys for Plaintiffs
EDDY DOMINGUEZ, NEWTON BUI,
TAN NGYUEN and LICINO VALINO


IVOR SAMSON (SBN 052767)
isamson@sonnenschein.com
MARY KAY LACEY (SBN 142812)
mlacey@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendant
ANDREW CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EDDY DOMINGUEZ, NEWTON BUI, TAN NGYUEN and LICINO VALINO, <br><br>         Plaintiff, <br><br>    vs. <br><br> ANDREW CORPORATION, <br><br>         Defendant. | No. C 07-04679 CW <br><br> **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> **[F.R.C.P. 41(a)(1)(ii)]** |

-1-
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

1   Pursuant to the Court's December 4, 2007 Order, the Court stayed plaintiffs' first
2   through seventh causes of action and referred these claims to binding arbitration. In addition,
3   the Court severed the eighth and ninth causes of action from plaintiffs' other claims and referred
4   these claims to non-binding arbitration.

5   Following the Court's ruling, the parties engaged in settlement discussions which
6   resulted in an agreement, effective February 15, 2008, to fully and completely settle all aspects
7   of this matter. Accordingly, the parties hereby agree that this action, including each of cause of
8   action referred to binding and non-binding arbitration, should be dismissed in its entirety with
9   prejudice, with each party to bear his or its own costs and attorneys' fees; and the parties
10  respectfully request that the Court approve and give effect to this Stipulation by signing the
11  Order below.

12  <u>IT IS SO STIPULATED</u>.

14  Dated: February 26, 2008          KELLER AND HECKMAN LLP

16                                     <u>/S/ DANIEL J. HERLING</u>
                                       DANIEL J. HERLING

18  Attorneys for Plaintiffs
    EDDY DOMINGUEZ, NEWTON BUI, TAN
    NYUGEN and LICINO VALINO

20  Dated: February 26, 2008          SONNENSCHEIN NATH & ROSENTHAL LLP

23                                     <u>/S/ MARY KAY LACEY</u>
                                       MARY KAY LACEY

24  Attorneys for Defendant
    ANDREW CORPORATION

27  / / /
28  / / /

FILER'S ATTESTATION:

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

DATED: February 26, 2008                BY: ___/S/ MARY KAY LACEY_____
                                              MARY KAY LACEY

## [PROPOSED] ORDER

IT IS SO ORDERED.

Dated: _____, 2008         BY: _____
                                              HON. CLAUDIA WILKIN