DANIEL J. HERLING
herling@khlaw.com
KELLER & HECKMAN LLP
Three Embarcadero Center, Suite 450
San Francisco, CA 94111
(415) 948-2800
(415) 948-2808 (fax)

Attorneys for Plaintiffs
EDDY DOMINGUEZ, NEWTON BUI,
TAN NGYUEN and LICINO VALINO


IVOR SAMSON (SBN 052767)
isamson@sonnenschein.com
MARY KAY LACEY (SBN 142812)
mlacey@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendant
ANDREW CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EDDY DOMINGUEZ, NEWTON BUI, TAN NGYUEN and LICINO VALINO,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW CORPORATION,<br><br>Defendant. | No. C 07-04679 CW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**[F.R.C.P. 41(a)(1)(ii)]** |

Pursuant to the Court's December 4, 2007 Order, the Court stayed plaintiffs' first through seventh causes of action and referred these claims to binding arbitration. In addition, the Court severed the eighth and ninth causes of action from plaintiffs' other claims and referred these claims to non-binding arbitration.

Following the Court's ruling, the parties engaged in settlement discussions which resulted in an agreement, effective February 15, 2008, to fully and completely settle all aspects of this matter. Accordingly, the parties hereby agree that this action, including each of cause of action referred to binding and non-binding arbitration, should be dismissed in its entirety with prejudice, with each party to bear his or its own costs and attorneys' fees; and the parties respectfully request that the Court approve and give effect to this Stipulation by signing the Order below.

IT IS SO STIPULATED.

Dated: February 26, 2008                KELLER AND HECKMAN LLP


                                         ___/S/ DANIEL J. HERLING_____
                                            DANIEL J. HERLING

                                         Attorneys for Plaintiffs
                                         EDDY DOMINGUEZ, NEWTON BUI, TAN
                                         NYUGEN and LICINO VALINO


Dated: February 26, 2008                SONNENSCHEIN NATH & ROSENTHAL LLP


                                         ___/S/ MARY KAY LACEY_____
                                            MARY KAY LACEY

                                         Attorneys for Defendant
                                         ANDREW CORPORATION

/ / /

/ / /

1  FILER'S ATTESTATION:

2    Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under

3  penalty of perjury that the concurrence in the filing of this document has been obtained from its

4  signatories.

5  DATED: February 26, 2008                BY: ___/S/ MARY KAY LACEY_____
6                                                                    MARY KAY LACEY

## [~~PROPOSED~~] ORDER

IT IS SO ORDERED.

Dated: ___3/13_____, 2008    BY: _____
                                                   HON. CLAUDIA WILKIN

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000